**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                              Case No.1:08cr32-SPM

WILFREDO ABREU-SOTOLONGO,
DANIA LEZCANO-SANTANA,
JORGE ROSELL,
YOSNEL MONTEJO-GARCIA,
ALBERTO TRAVIESA,
JOSE REYES,
YULIO RODRIGUEZ,
JULIO RODRIGUEZ,
and
LEONEL ROMAN,

      Defendants.
_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636 and the Northern District of Florida Local Rule 72.3, the Government's "Motion for *Nebbia* Hearing" (doc. 140 ) and any hearings associated therewith are hereby referred to United States Magistrate Judge Allan Kornblum.

DONE AND ORDERED this 12th day of December, 2008.

                                            *s/ Stephan P. Mickle*
                                             Stephan P. Mickle
                                             United States District Judge