IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr32-SPM

YULIO RODRIGUEZ, et al.,

      Defendants.
_____/

## ORDER GRANTING MOTION TO UNSEAL

Upon consideration, Defendants' Unopposed Motion to Unseal Indictment and to Allow Access by All Parties to the Case File Through the Court's Electronic Filing System (doc. 207) is granted. The clerk shall unseal the indictment and unseal the case.

DONE AND ORDERED this 4th day of February, 2009.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge